No. 569.—Bay City Rice Milling Co., peticionaria, *v.* La Corte de Distrito de Arecibo, Hon. Luis Samalea, Juez, Demandado.—*Certiorari.* Abril 1, 1927. En cuanto la petición se refiere a la expedición de un auto de *mandamus,*

apareciendo de su faz que el efecto del remedio solicitado sería obligar a la corte inferior a ejercer su discreción en determinado sentido, y en cuanto hace referencia al libramiento de un auto de *certiorari,* aunque nos inclinamos a estar conformes con el peticionario dadas las circunstancias que en su caso concurren, no obstante reconocer que la regla general es la aplicada por el juez de distrito, no teniendo intención alguna de prejuzgar la cuestión planteada, en el ejercicio de nuestra propia discreción, no ha lugar. *Denegado.*